DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TOMAS BRIKSZA,**
Appellant,

v.

**MYRSA BRIKSZA,**
Appellee.

No. 4D2024-3097

[October 23, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lauren G. Burke, Judge; L.T. Case No. 502024DR009007.

Tomas Briksza, Lake Worth, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***